UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AARON D. ELL (#477309)

VERSUS

JAMES D. CALDWELL, ET AL.

CIVIL ACTION

NO. 14-584-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 6, 2014 (doc. no. 7). The plaintiff filed an objection which lacks merit factually and legally.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Aaron D. Ell is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d). Further, a certificate of appealability is DENIED for the reasons set forth in the report.

Baton Rouge, Louisiana, this 22nd day of October, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA